huilingind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
NOV - 9 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00081 |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | **IMPROPER ENTRY BY ALIEN, SECOND OFFENSE** [8 U.S.C. §§ 1325 (a)(1) & (2)] (Felony) |
| HUI FANG LING, ) | |
| Defendant. ) | |

THE GRAND JURY CHARGES:

On or about February 27, 2004, in the District of Guam, the defendant herein, HUI FANG LING, an alien, did unlawfully and knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers, and did elude examination and inspection by immigration officers, this being the second such offense committed by the HUI FANG LING, the first offense of improper entry being committed by

//

//

HUI FANG LING on or about December 5, 2003, in violation of Title 8, United States Code, Sections 1325(a)(1) & (2).

DATED this 9th day of November, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

- 2 -

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**
City ___Hagåtña___
Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**05-00081**

## Defendant Information:

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name ___Hui Fang Ling___

Alias Name _____

Address _____

Birthdate ____ SS# ____ Sex __F__ Race __A__ Nationality __Chinese__

## U.S. Attorney Information:

AUSA ___Karon V. Johnson___

Interpreter: ____ No __X__ Yes    List language and/or dialect: __Chinese/Mandarin__

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED NOV -9 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM**

## U.S.C. Citations

Total # of Counts: __1__   ___ Petty  ___ Misdemeanor  __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 USC 1325(a)(1) & (2) | Improper Entry by Alien; Second Offense | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __11/9/05__   Signature of AUSA: _Karon V Johnson_