AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

U.S. [DISTRICT COURT-GUAM]
RECEIVED
-9 [illegible] 14 00 01

UNITED STATES OF AMERICA

V.

HUI FANG LING

**WARRANT FOR ARREST**

Case Number: CR-05-00081

**FILED**
DISTRICT COURT OF GUAM
APR 2 3 2007
MARY L.M. MORAN
~~CLERK OF COURT~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____HUI FANG LING_____
                                              Xui    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

IMPROPER ENTRY OF ALIEN, SECOND OFFENSE

in violation of Title ___8___ United States Code, Section(s) ___1325(a)(1) & (2)___

MARILYN B. ALCON                        _Marilyn B. Alcon_ (signature)
Name of Issuing Officer                 Signature of Issuing Officer

Deputy Clerk                            11/9/2005        Hagatna, Guam
Title of Issuing Officer                Date             Location

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
[REDACTED] Tumon, Gu 96911

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 20 APR 2007 | KELLY S. Hoyle, RAC | [signature] |
| DATE OF ARREST | | |
| 20 APR 2007 | | |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____HUI FANG LING_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

