**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-05-00081-001　　　　　　　　　　　　DATE: April 23, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 1:54:58 - 2:05:34
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Hui Fang Ling　　　　　　Attorney: Joaquin C. Arriola, Jr.
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　　U.S. Agent:
U.S. Probation: Robert Carreon　　　　U.S. Marshal: C. Marquez
Interpreter: Foo Mee Chun Clinard　　　Language: Mandarin

**PROCEEDINGS: Initial Appearance re Indictment and Arraignment**
- Financial Affidavit reviewed and accepted: Joaquin C. Arriola, Jr. appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant advised of her rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: June 19, 2007 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: