huilingind.2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

MAY - 9 2007

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00081 |
| Plaintiff, ) | **SUPERSEDING INDICTMENT** |
| vs. ) | **IMPROPER ENTRY BY ALIEN, SECOND OFFENSE** |
| HUI FANG LING, ) | [8 U.S.C. §§ 1325 (a)(1) & (2)] |
| Defendant. ) | (Felony) |

THE GRAND JURY CHARGES:

On or about August 24, 2005, in the District of Guam, the defendant herein, HUI FANG LING, an alien, did unlawfully and knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers, and did elude examination and inspection by immigration officers, this being the second such offense committed by the HUI FANG LING, the first offense of improper entry being committed by HUI FANG LING on or

//

December 5, 2003, and the second offense of improper entry being committed by HUI FANG LING on or about February 27, 2004, in violation of Title 8, United States Code, Sections 1325(a)(1) & (2).

DATED this 9th day of May, 2007.

A TRUE BILL.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney

*[signature]*
JEFFREY J. STRAND
First Assistant U.S. Attorney