# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

HUI FANG LING

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:    CR-05-00081

RECEIVED MAY US MARSHALS SERVICE-GUAM

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | Room | 413 |
|---|---|---|---|
| | | Date and Time | Friday, May 11, 2007 at 8:30 A.M. |
| Before: | HONORABLE FRANCES TYDINGCO-GATEWOOD | | |

To answer a(n)

[X] Superseding Indictment    [ ] Information    [ ] Complaint    [ ] Probation Violation Petition    [ ] Supervised Release Violation Petition    [ ] Violation Notice

Charging you with a violation of Title    8    United States Code, Section(s)    1325(a)(1) & 2

Brief description of offense:

IMPROPER ENTRY BY ALIEN, SECOND OFFENSE

**FILED**
DISTRICT COURT OF GUAM
MAY 11 2007
MARY L.M. MORAN
CLERK OF COURT

VIRGINIA T. KILGORE, Deputy Clerk
Name and Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

MAY 9, 2007
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date *May 11, 2007* |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: *USMS 10/4u*

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on *May 11, 2007*
Date

*J. Salas*
Name of United States Marshal

*[signature]*
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.