# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: CR-05-00081-001                    DATE: May 11, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: None Present

Court Recorder: Leilani Toves Hernandez

Courtroom Deputy: Leilani Toves Hernandez

Electronically Recorded: 8:32:50 - 8:39:57

CSO: B. Benavente

**APPEARANCES:**

Defendant: Hui Fang Ling                    Attorney: Joaquin C. Arriola, Jr.

☑ Present ☑ Custody ☐ Bond ☐ P.R.          ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson                U.S. Agent:

U.S. Probation: Carleen Borja               U.S. Marshal: T. Muna

Interpreter: Foo Mee Chun Clinard           Language: Mandarin

**PROCEEDINGS: Initial Appearance re Superseding Indictment and Arraignment**

- Defendant arraigned and advised of her rights, charges and penalties.
- Plea entered: Not guilty
- Court stated that the trial date previously set will remain.
- Trial set for: June 19, 2007 at 9:30 a.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: