JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant *HUI FANG LING*



FILED
DISTRICT COURT OF GUAM
MAY 22 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **CR05-00081** |
| Plaintiff, ) | |
| vs. ) | **RESERVATION OF RIGHT TO PRESENT ADDITIONAL PRE-TRIAL MOTIONS** |
| HUI FANG LING ) | |
| Defendant. ) | |

COMES NOW Defendant HUI FANG LING, through counsel Arriola, Cowan & Arriola, by JOAQUIN C. ARRIOLA, JR., and reserves her right to present such additional pre-trial Motions required to be filed under Rule 12, Federal Rules of Criminal Procedure, pending resolution of the Motion for Discovery filed concurrently herewith. Defendant respectfully requests that any deadlines for the filing of such motions be extended by the Court pursuant to Rule 12(c).

Dated at Hagåtña, Guam: May 22, 2007.

ARRIOLA, COWAN & ARRIOLA

_____
JOAQUIN C. ARRIOLA, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2007, a copy of the Defendant's Reservation of Right to present Additional Pre-Trial Motions was served upon Plaintiff, United States of America, by hand-delivering a copy thereof to:

>KARON V. JOHNSON, ESQ.
>Assistant U. S. Attorney
>United States Attorney's Office, Criminal Division
>Suite 500, Sirena Plaza
>108 Hernan Cortez Avenue
>Hagåtña, Guam 96910

Dated at Hagåtña, Guam: May 22, 2007

>ARRIOLA, COWAN & ARRIOLA
>
>_____
>JOAQUIN C. ARRIOLA, JR.