ORIGINAL

huiling.ind2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN - 6 2007
MARY L.M. MORAN
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
HUI FANG LING,
Defendant.

CRIMINAL CASE NO. 05-00081

**SECOND SUPERSEDING INDICTMENT**

**IMPROPER ENTRY BY ALIEN, SECOND OFFENSE**
[8 U.S.C. §§ 1325 (a)(1) & (2)]
(Count I)
**FALSE SWEARING IN IMMIGRATION MATTER**
[18 U.S.C. §§ 1546(a) and 2]
(Count II)

THE GRAND JURY CHARGES:

**COUNT I - IMPROPER ENTRY BY ALIEN, SECOND OFFENSE**

On or about August 24, 2005, in the District of Guam, the defendant herein, HUI FANG LING, an alien, did unlawfully and knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers, and did elude examination and inspection by immigration officers, this being the third such offense committed by the HUI

FANG LING, the first offense of improper entry being committed by HUI FANG LING on or about December 5, 2003, and the second offense of improper entry being committed by HUI FANG LING on or about February 27, 2004, in violation of Title 8, United States Code, Sections 1325(a)(1) & (2).

**COUNT II - FALSE SWEARING IN IMMIGRATION MATTER**

On about September 9, 2005, in the District of Guam and elsewhere, the defendant herein, HUI FANG LING, did knowingly subscribe as true under penalty of perjury under 28 U.S.C. §1746 a false statement with respect to a material fact in an application or other document required by the immigration laws or regulations prescribed thereunder, to wit, an Application for Asylum and for Withholding of Removal (Form I-589) and Affidavit, wherein the defendant subscribed that she had entered the United States on only two occasions, August 24, 2005, and February, 2003, which said statement the defendant then and there knew was false, in that she entered the United States at the Mangilao Golf Course, Guam, February 27, 2004, for

//

//

//

//

//

//

//

//

//

//

which entry she was convicted of Improper Entry in the United States District Court of the Northern Mariana Islands, Cr. No. 04-00007, in violation of Title 18, United States Code Sections 1546(a) and 2.

DATED this 6th day of June, 2007

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: ______________________
KARON V. JOHNSON
Assistant U.S. Attorney

______________________
JEFFREY J. STRAND
First Assistant U.S. Attorney