# UNITED STATES DISTRICT COURT

**FILED**

DISTRICT OF

DISTRICT COURT OF GUAM
GUAM

JUN -8 2007

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**HUI FANG LING**

Case Number:    **CR-05-00081**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**3rd Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | **302** |
| Before:    **Honorable Joaquin V. E Manibusan, Jr.** | Date and Time<br>**Monday, June 11, 2007 at 10:00 a.m.** |

To answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition        Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**COUNT 1 - Improper Entry by Alien, Second Offense, 8 U.S.C. §§ 1325(a)(1) and 2**

**COUNT 2 - False Swearing in Immigration Matter, 18 U.S.C. §§ 1546(a) and 2**

RECEIVED

JUN - 7 2007

US MARSHALS SERVICE-GUAM

| | |
|---|---|
| **WALTER M. TENORIO, Deputy Clerk** | _(signature)_ |
| Name and Title of Issuing Officer | Signature of Issuing Officer |

**June 6, 2007**

Date

ORIGINAL

# RETURN OF SERVICE

Service was made by me on:[1]                              Date _6/8/2007_

## Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:                    DOC

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service is true and correct.

Returned on _6/8/2007_
          Date

                                              Name of United States Marshal

                                              (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.