(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for Defendant



FILED
DISTRICT COURT OF GUAM
JUN 11 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Criminal Case No. 05-00081 |
| Plaintiff, | ( ) | SUBSTITUTION OF ATTORNEYS |
| vs. | ( ) | |
| HUI FANG LING, | ( ) | |
| Defendant. | ( | |

------------

    Hui Fang Ling, Defendant herein, substitutes Howard Trapp Incorporated, Howard Trapp, Esq., as her retained attorney of record in the above-entitled proceeding in the place and stead of Joaquin C. Arriola Jr., Esq., her court-appointed attorney of record in the above-entitled proceeding, each of the undersigned

--------------------

ORIGINAL

(SUBSTITUTION OF ATTORNEYS)
Criminal Case No. 05-00081

consenting hereto.

   Dated at Mangilao, Guam, this 8th day of June, 2007.

            _____
            HUI FANG LING
            Defendant

   Dated at Hagåtña, Guam, this 8th day of June, 2007.

            _____
            HOWARD TRAPP
            For HOWARD TRAPP INCORPORATED
            Substituting attorney for Defendant

   Dated at Hagåtña, Guam, this 11th day of June, 2007.

            _____
            JOAQUIN C. ARRIOLA JR.
            Withdrawing attorney for Defendant

(DOCUMENT\SUBATTYHLing)

2