# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-05-00081　　　　　　　　　　　　DATE: June 11, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos　　　Electronically Recorded: 10:04:07 - 10:11:47
CSO: J. Lizama

---

**APPEARANCES:**

Defendant: Hui Fang Ling　　　　　　Attorney: Joaquin C. Arriola, Jr. / Howard Trapp
　　Present　Custody　Bond　P.R.　　　　Present　Retained　FPD　CJA

U.S. Attorney: Rosetta San Nicolas　　U.S. Agent:
U.S. Probation: Carmen O'Mallan　　　U.S. Marshal: V. Roman/ T.Muna
Interpreter: Foo Mee Chun Clinard　　Language: Mandarin

---

**PROCEEDINGS: Initial Appearance and Arraignment re Second Superseding Indictment**

- Court granted the Substitution of Attorney filed by Howard Trapp. Mr. Arriola relieved as counsel of record.
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Mr. Trapp submitted his Request for Continuance of Trial.
- Court granted the Request and continued trial to: August 01, 2007 at 1:30 p.m.
- Court will issue the Amended Trial Order.
- Defendant to remain in custody.

NOTES: