(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for Defendant

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 05-00081 |
| | ) | |
| Plaintiff, | ( | ORDER |
| | ) | |
| vs. | ( | |
| | ) | |
| HUI FANG LING, | ( | |
| | ) | |
| Defendant. | ( | |

------------

Defendant having filed a substitution of attorneys, and the Court being fully advised,

IT IS ORDERED that the substitution of attorneys is approved, and

IT IS FURTHER ORDERED that Howard Trapp Incorporated, Howard Trapp, Esq., is substituted as Defendant's retained attorney of record in the above-entitled proceeding in the place and stead of Joaquin C. Arriola Jr., Esq., her court appointed attorney of record in the above-entitled proceeding.



/s/ Joaquin V.E. Manibusan, Jr.
   U.S. Magistrate Judge
**Dated: Jun 11, 2007**

(\DOCUMENT\Order.DKim)