HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

**FILED**
DISTRICT COURT OF GUAM
JUN 11 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 05-00081 |
| | ) | |
| Plaintiff, | ( | REQUEST FOR CONTINUANCE |
| | ) | |
| vs. | ( | |
| | ) | |
| HUI FANG LING, | ( | |
| | ) | |
| Defendant. | ( | |

------------

Defendant respectfully requests a continuance of at least a month on the grounds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial in that the failure to grant such a continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated at Hagåtña, Guam, this 11th day of June, 2007.

HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(DOCUMENTS\ReqCont.HFLing)