(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

**FILED**
DISTRICT COURT OF GUAM

JUL 17 2007

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HUI FANG LING, ) <br> ) <br> Defendant. ( | Criminal Case No. 05-00081 <br><br> WITHDRAWAL OF MOTION TO DISMISS FOR WANT OF SPEEDY TRIAL |

Defendant's motion to dismiss for want of speedy trial is hereby withdrawn.

Dated at Hagåtña, Guam, this 17th day of July, 2007.

*/s/ Howard Trapp*
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(DOCUMENTS\Withdraw.HFLing)

ORIGINAL

# DECLARATION OF SERVICE

I, Charlene C. Cruz, declare that I am an administrative assistant in the office of Howard Trapp, Esq., the attorney for defendant herein, and that I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for plaintiff herein, by leaving a copy at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, Ms. Johnson's last known address, with a person in charge thereof, on July 17, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2007, at Hagåtña, Guam.

_____
CHARLENE C. CRUZ