FILED
DISTRICT COURT OF GUAM
JUL 17 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> HUI FANG LING ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 05-00081 <br><br> **ORDER** <br><br> re: **Defendant's Motion to Dismiss for Want of Speedy Trial** |

Based on the Defendant's motion filed July 17, 2007, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Defendant's request to withdraw his motion to dismiss for lack of speedy trial is hereby granted.

**SO ORDERED** this  17  day of July, 2007.

Honorable Michael J. Bordallo
Designated Judge, District Court of Guam

ORIGINAL