IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00081 |
| Plaintiff, | ) | |
| vs. | ) | |
| HUI FANG LING, | ) | **ORDER** |
| Defendant. | ) | |

On May 22, 2007, the Defendant filed a Motion for Discovery. (Docket No. 15.) To date, the Government has not filed a response to the motion. Counsel for the Government and the Defendant are directed to meet and confer in a good faith effort to eliminate the necessity for hearing the motion or to eliminate as many disputes as possible. If counsel are able to settle their differences, they shall so inform the Court by written stipulation no later than July 31, 2007. However, if counsel are unable to settle their differences, the Court shall thereafter schedule this matter for oral argument. Additionally, if agreement can not be reached, counsel shall formulate a written stipulation specifying separately and with particularity each issue that remains to be determined at the hearing and contentions and points and authorities of each party. Said stipulation shall be filed by July 31, 2007.

Furthermore, counsel's failure to cooperate in good faith may result in the imposition of sanctions at the discretion of the Court.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Jul 26, 2007**