# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-05-00081-001                    DATE: July 27, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: None Present                      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 11:23:15 - 11:31:30
CSO: J. Lizama / F. Tenorio

**APPEARANCES:**
Defendant: Hui Fang Ling                     Attorney: Howard Trapp
☑ Present ☑ Custody ☐ Bond ☐ P.R.            ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson                 U.S. Agent:
U.S. Probation: Maria Cruz                   U.S. Marshal: T. Muna
Interpreter: Chung L. Harrell                Language: Mandarin

**PROCEEDINGS: Initial Appearance re Third Superseding Indictment and Arraignment**
- Defendant arraigned and advised of her rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Mr. Trapp's oral Motion to Withdraw the Motion for Discovery was granted. In addition, Court ordered that the Order issued by Magistrate Judge Manibusan on July 26, 2007 is now Moot.
- Trial set for: August 13, 2007 at 2:00 p.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: