# UNITED STATES DISTRICT COURT

**FILED** DISTRICT COURT OF GUAM

JUL 27 2007

DISTRICT OF GUAM

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**HUI FANG LING**

Case Number: CR-05-00081

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> 4th Floor, U.S. Courthouse <br> 520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: Honorable Frances Tydingco-Gatewood | **Friday, July 27, 2007 at 10:45 a.m.** |

To answer a(n)

X Third Superseding Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition   Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Count 1 - Improper Entry by Alien, Second Offense, 8 U.S.C. §§ 1325(a)(1) and 2
Counts 2 and 3 - False Swearing in Immigration Matter, 18 U.S.C. §§ 1546(a) and 2

**WALTER M. TENORIO, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**July 25, 2007**
Date

## ORIGINAL

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 7/27/2007 |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant at: USMS D/Gu Cellblock

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

[ ] Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   7/27/2007
             Date

J. Siles
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.