

Ling.err

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG - 8 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00081 |
| Plaintiff, ) | |
| vs. ) | **ERRATUM** |
| HUI FANG LING, ) | **INDICTMENT** |
| Defendant. ) | |

COMES NOW the United States and hereby files with the Court an Erratum to correct the filed indictment in the above-entitled case, to reflect the correct statutory citation, Title 18, United States Code, Section 1621(b), rather than Title 18, United States Code, Section 1546.

Respectfully submitted this  8th  day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney