

ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG - 8 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00081 |
|---|---|---|
| Plaintiff, | ) | **UNITED STATES' WITNESS LIST** |
| vs. | ) | |
| HUI FANG LING, | ) | |
| Defendant. | ) | |

Pursuant to the order of this Court, the United States hereby submits the attached witness list for purposes of voir dire.

Respectfully submitted this 8Tth day of August, 2007.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

By: /s/ Karon V. Johnson
      KARON V. JOHNSON
      Assistant U.S. Attorney

## WITNESS LIST

1) Patrick W. Lujan
   Asylum Officer
   Los Angeles Asylum Office

2) Thomas Morgan
   Customs & Border Patrol Inspector
   Seattle, Washington

3) Michael Hernandez
   Immigration & Customs Enforcement Special Agent
   Hagatna, Guam

4) Xiao Feng Lin
   Federal Custody

5) Mei Ying Zheng
   Upper Tumon, Guam

6) Allen Choi
   Interpreter
   Monterey Park, California