ling.exh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

AUG - 8 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00081 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | UNITED STATES' EXHIBIT LIST |
| HUI FANG LING, | ) | |
| Defendant. | ) | |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this __8th__ day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | February 29, 2004 Order of Removal | _____ | _____ |
| 2) | September 9, 2005 Asylum Application | _____ | _____ |
| 3) | Judgment of Conviction, District Court of the CNMI | _____ | _____ |