■ ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

AUG - 8 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>HUI FANG LING,<br><br>  Defendant. | CRIMINAL CASE NO. 05-00081<br><br>UNITED STATES' PROPOSED VOIR DIRE |

Pursuant to the order of this Court and Federal Rule of Criminal Procedure 24(a), the United States submits the following proposed voir dire questions.

A. WITNESSES (Assuming that the court reads the names of the attorneys and the trial witnesses to the panel.)

1. Are any of you friendly or associated or related with the attorneys for the United States, or for the defense, in this case, either socially or through your role as jurors is other cases? If so, please explain the nature of the prior knowledge and how it may affect your attitude as a juror in this case.

2. Do any of you know any of the witnesses who will testify? If so, please describe your acquaintance.

3. Do any of you know the defendant or her family members socially or through some business or other acquaintanceship? If so, please describe the acquaintance.

B.  GENERAL INFORMATION

    4. Do you have any friends who are attorneys? If so, what type of law do they practice?

    5. Please explain for us the nature and extent of your educational background, including any special training courses and vocational seminars you have attended. If you attended college, what was your major field of study?

    6. Are you married? Do you: live alone? Share house with another person or persons? Live with family?

    7. Please describe the nature of your employment and that of your spouse, if you are married.

    8. Please describe your immediate family and, how each formally employed member is employed, the nature of any past employment, and the educational background of your immediate family.

    9. Where do you now reside and for how long have you been a resident of that address? (If the prospective juror indicates that he or she is new to his present address, please ascertain that person's prior place of residence.)

    10. What formal organizations, fraternities, or societies do you or any member of your family belong to?

    11. Please explain your past experience on juries in both civil and criminal cases. Tell us when the case was tried and the nature of the case.

    12. Is there anything about the nature of this case, that is, charges concerning trafficking in methamphetamine hydrochloride, also known as ice, that makes you wish not to be involved in the trial of this case? If so, what is it?

    13. Do you have any fixed view about the United States Department of Justice, the Customs and Border Patrol or Immigration Enforcement agencies that would affect your ability to be an impartial juror in this case?

//

C. OTHER MATTERS

14. Has anyone talked to you about this case or attempted to influence you in any way about it since you were notified you were on the jury panel? Who? When? Where? Who else was present? What did you say? Before you were so notified, did anyone attempt to influence you about jury service on this matter? Please tell us the details of that.

15. Have you or any of your relatives or other close friends ever been the victim of a crime? If so, do you believe this would affect your attitude towards this case as a juror?

16. Have you, your relatives or close friends ever been charged with or investigated for a crime? If so, what was the nature of this investigation or charge? How was it handled?

D. GENERAL QUALIFICATION

17. Would you judge this case solely on the evidence before you, and not allow anything else to affect your verdict?

18. Would you be able to decide this case if your decision had to be based only on how believable you found the witnesses to be?

E. GENERAL QUALIFICATION

19. Do you know any reason whatsoever why you may not sit as a fair and impartial juror to both sides in this case?

20. Do you know any reason whatsoever why you may not sit as a fair and impartial juror to both sides in this case?

RESPECTFULLY SUBMITTED this ___8th___ day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney