ORIGINAL

Ling.ver

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

AUG - 8 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00081 |
| Plaintiff, ) | |
| ) | **UNITED STATES' PROPOSED** |
| vs. ) | **VERDICT FORMS** |
| HUI FANG LING, ) | |
| Defendant. ) | |

COMES NOW the United States and provides the proposed Verdict Form for use concerning HUI FANG LING.

Respectfully submitted this  8th  day of August, 2007.

                           LEONARDO M. RAPADAS
                           United States Attorney
                           Districts of Guam and NMI

By: _____
             KARON V. JOHNSON
             Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00081 |
| Plaintiff, | |
| vs. | VERDICT FORM |
| HUI FANG LING, | |
| Defendant. | |

**COUNT I - IMPROPER ENTRY BY ALIEN, SUBSEQUENT OFFENSE**

We, the Jury, in the above-entitled cause unanimously find the defendant, HUI FANG LING., in violation of Title 8, United States Code, Section 1325(a)(1), Improper Entry by Alien, Subsequent Offense:

    / /    NOT GUILTY

    / /    GUILTY

**COUNT II - SUBSCRIBING FALSE STATEMENT- PERJURY**

We, the Jury, in the above-entitled cause unanimously find the defendant, HUI FANG LING., in violation of Title 18, United States Code, Section 1621(b), Subscribing a False Statement Under Penalty of Perjury::

    / /    NOT GUILTY

    / /    GUILTY

## COUNT III - SUBSCRIBING FALSE STATEMENT- PERJURY

We, the Jury, in the above-entitled cause unanimously find the defendant, HUI FANG LING., in violation of Title 18, United States Code, Section 1621(b), Subscribing a False Statement Under Penalty of Perjury::

    /  /    NOT GUILTY

    /  /    GUILTY

DATED this _____ of August, 2007, at Hagatna, Guam.

_____
FOREPERSON