

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG - 8 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00081 |
| Plaintiff, | **GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT** |
| vs. | |
| HUI FANG LING, | |
| Defendant. | |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter beginning August 13, 2007.

RESPECTFULLY SUBMITTED this 8th day of August 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant United States Attorney