**ORIGINAL**

1  LEONARDO M. RAPADAS
United States Attorney
2  KARON V. JOHNSON
Assistant U.S. Attorneys
3  Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
4  Agana, Guam 96910
Telephone: (671) 472-7332/7283
5  Telecopier: (671) 472-7334

6  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG – 8 2007 mbc

JEANNE G. QUINATA
Clerk of Court

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE DISTRICT OF GUAM**

10  UNITED STATES OF AMERICA,                )          CRIMINAL CASE NO. 05-00081
                                             )
11                          Plaintiff,       )
                                             )    **UNITED STATES' MOTION TO**
12               vs.                         )    **RELEASE GRAND JURY TRANSCRIPTS**
                                             )
13  HUI FANG LING,                           )
                                             )
14                          Defendant.       )
                                             )
15  _____ )

16          COMES NOW the United States and moves this Honorable Court for an order allowing

17  the release to defense counsel, Howard Trapp, of the testimony of the witnesses who appeared

18  before the Grand Jury in this matter and who will testify at trial. Presently, these transcripts are

19  sealed pursuant to Federal Rules of Criminal Procedure 6(e); counsel is entitled to receive them

20  after the witnesses' testimony pursuant to 18 U.S.C. § 3500.

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1       This motion is made for the reason that release of this document prior to the testimony of

2 the witnesses will expedite the timely conduct of the trial itself.

3       Respectfully submitted this __8__ day of August, 2007.

4                            LEONARDO M. RAPADAS
United States Attorney

5                            Districts of Guam and NMI

6

7                 By:

8                            KARON V. JOHNSON
Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                         -2-