
**ORIGINAL**

| | |
|---|---|
| 1 | LEONARDO M. RAPADAS |
| | United States Attorney |
| 2 | KARON V. JOHNSON |
| | Assistant U.S. Attorneys |
| 3 | Suite 500, Sirena Plaza |
| | 108 Hernan Cortez Avenue |
| 4 | Hagatna, Guam 96910 |
| | Telephone: (671) 472-7332 |
| 5 | Telecopier: (671) 472-7334 |

**FILED**
DISTRICT COURT OF GUAM

AUG - 9 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00081 |
|---|---|
| Plaintiff, | ) |
| | ) **UNITED STATES' AMENDED** |
| vs. | ) **WITNESS LIST** |
| | ) |
| HUI FANG LING, | ) |
| | ) |
| Defendant. | ) |

Pursuant to the order of this Court, the United States hereby submits the attached witness list for purposes of voir dire. In addition, the government has secured the services of Mandarin interpreter Jenny Yu for examination of the witnesses Xiao Feng Lin and Mei Ying Zheng.

Respectfully submitted this 8Tth day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney

## WITNESS LIST

1) Patrick W. Lujan
   Asylum Officer
   Los Angeles Asylum Office

2) Thomas Morgan
   Customs & Border Patrol Inspector
   Seattle, WN

3) Michael Hernandez
   Immigration & Customs Enforcement Special Agent
   Hagatna, Guam

4) Xiao Feng Lin
   Federal Custody

5) Mei Ying Zheng
   Upper Tumon, Guam

6) Allen Choi
   Interpreter
   Monterey Park, CA

7) Lillian Hildreth
   Translator
   Tamuning