LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00081 |
| ) | |
| Plaintiff, ) | **O R D E R** |
| ) | |
| vs. ) | **GOVERNMENT'S REQUEST FOR** |
| ) | **USE OF COURT'S EQUIPMENT** |
| HUI FANG LING, ) | |
| ) | |
| Defendant. ) | |

    The Government's request for use of court equipment is hereby **APPROVED AND SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Aug 08, 2007**