# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-05-00081-001          DATE: August 13, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley / Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 2:04:56 - 2:08:25     2:16:16 - 2:24:46 |
| CSO: J. Lizama | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Hui Fang Ling | Attorney: Howard Trapp |
|     Present    Custody    Bond    P.R. |     Present    Retained    FPD    CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: Mike Hernandez, U.S.I.C.E. |
| U.S. Probation: None Present | U.S. Marshal: T. Muna / G. Quitugua / C. Griffith |
| Interpreter: Chung Harrell | Language: Mandarin |

**PROCEEDINGS: Jury Trial**

- Ms. Johnson's Motion to Strike the Erratum filed on August 8, 2007 was granted.
- Trial continued to: <u>August 14, 2007 at 2:00 p.m.</u>

NOTES: