Ling.exh2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 1 4 2007
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HUI FANG LING, <br><br> Defendant. | CRIMINAL CASE NO. 05-00081 <br><br> **UNITED STATES' SECOND AMENDED EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court the following. An amended Exhibit 4, with pagination, and Exhibit 9, a translation of defendant's Affidavit in support of asylum by the government's witness allen Choi.

Respectfully submitted this __14th__ day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

ORIGINAL

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Indictment Cr. No. 03-00041 | | |
| 2) | Indictment Cr. No. 04-00007 | | |
| 3) | Judgment of Conviction, District Court of the CNMI | | |
| 4) | February 29, 2004, Record of Sworn Statement | | |
| 5) | Information About Credible Fear in Chinese, English | | |
| 6) | List of Free Legal Service Providers | | |
| 7) | Determination of Inadmissibility | | |
| 8) | September 9, 2005, Application for Asylum | | |
| 9) | Translation of Affidavit by Allen Choi | | |

請注意下列美國民權 File No. 76 282 903

在閣下受當局問話時，閣下應清楚下列美國個人應有之民權：

閣下有無需答辯之權利。

閣下所作任何之口供，當屬在法庭上或移民入籍之訴訟上，可用為作閣下不利之證據。

在當局對閣下問話時，閣下有權諮詢閣下之律師，更可由律師陪隨下而作答辯。如閣下無能力聘請私人律師，而經閣下同意，當局可免費委任一律師給閣下以便諮詢作答當局之問話。

如閣下決定作答當局問話而無律師在場陪詢，閣下有權隨時拒絕作答當局任何問話，更可在諮詢律師後，才答辯當局之任何問話。

我已閱讀（或由人向我宣讀）此一申述本人權利之聲明，並了解本人所享有之上列各項權利。

LING HUI FANG 2/29/04 11:15AM AGANA, Guam
(簽名) (日期及時間) (地區)

移民官(簽名)   061212 CYRACOM
         (證人簽名)

棄權聲明書

我自願供述及回答問話，自有我不需要律師。我了解並確知我本人此刻所作何事。我未受到任何允諾或威脅，亦未遭受任何強制或脅迫。

LING HUI FANG 2/29/04 11:15 AM AGANA, Guam
(簽名) (日期及時間) (地區)

---

## CERTIFICATION

I HEREBY CERTIFY that the foregoing Warning and Waiver were read by me to the above signatory, that he also read it and has affixed his signature hereto in my presence.

Immigration Officer Signature _____

Witness Signature _____

Interpreter's Signature  CYRACOM INTERNATIONAL #061212    Language _____

Interpreter's Address _____

## INTERVIEW LOG

1. Person Interviewed _____
2. Officer(s) _____
3. Place (exact address and identity of room) _____
4. Date _____
5. Exact Time/place of encounter or arrest _____
6. If transported from place of encounter to interrogation point, show exact time involved. Note whether interrogation continued during transporting. _____
7. Officer making arrest and/or transporting subject. _____
8. Time interview began _____
9. Time subject or suspect advised of right to remain silent and that any statement could be used against him in court and name of officer furnishing advice _____
10. Time subject advised of right to presence of counsel, retained or appointed and name of officer furnishing advice _____
11. Time questioning concluded _____
12. Time written statement commenced _____
13. Person preparing statement _____
14. Time statement completed _____
15. Time statement reviewed by person interviewed _____
16. Time statement signed _____
17. Record of requests and complaints of subject and actions taken thereon. _____

*If additional space required, continue on an attachment.)

Form I-214 (Rev. 8-1-82) Y (Chinese)



GOVERNMENT EXHIBIT 4

1

LING, HUI FANG



**U. S. Department of Homeland Security**
**Proceedings**
U.S. Customs and Border Protection

**Record of Sworn Statement in**
**under Section 235(b)(1) of the Act**

Office: Agana, Guam                                File No: A76 282 903

Statement by: Ling, Hui Fang

In the case of: Ling, Hui Fang

Date of Birth: 16 Aug., 1976                       Gender: Female

At: Guam International Airport                     Date: 29 Feb., 2004

Before: Thomas T. Morgan, Immigration Inspector

In the Mandarin Chinese language.    Interpreter #061212    Employed by CyraCom International

I am an officer of the United States Customs and Border Protection, authorized by law to administer oaths and take testimony in connection with the Immigration and Nationality laws of the United States. I am also authorized by law to order certain inadmissible aliens removed from the United States without a hearing or review. I want to take your sworn statement regarding your application for admission to the United States. Before I take your sworn statement, I want to explain your rights and the purpose and consequences of this process.

You do not appear to be admissible or to have the required legal papers authorizing your admission to the United States. This may result in your being denied admission and immediately returned to your home country without a hearing. If a decision is made to refuse your admission into the United States, you may be immediately removed from this country, and if so, you may be barred from reentry for a period of 5 years or longer.

This may be your only opportunity to present information to me and the United States Customs and Border Protection to make a decision. It is very important that you tell the truth. If you lie or give misinformation, you may be subject to criminal or civil penalties, or barred from receiving immigration benefits or relief now or in the future.

Except as I will explain to you, you are not entitled to a hearing or review of the decision.

U.S. law provides protection to certain persons who face persecution, harm or torture upon return to their home country. If you fear or have a concern about being removed from the United States or about being sent home, you should tell me so during this interview because you may not have another chance. You will have the opportunity to speak privately and confidentially to another officer about your fear or concern. That officer will determine if you should remain in the United States and not be removed because of that fear.



FANG

2

CHEN, Rui-Fan
A76 282 396

Until a decision is reached in your case, you will remain in the custody of the United States Customs and Border Protection.

Any statement you make may be used against you in this or any subsequent administrative proceeding.
Q: Do you understand what I've said to you?
A: Yes.

Q: Do you have any questions?
A: No.

Q: Are you willing to answer my questions at this time?
A: Yes.

Q: Do you swear or affirm that all the statements you are about to make are true and complete?
A: Yes.

Q: What is your full, true, and correct name?
A: Ling, Hui Fang.

Q: Are you known by any other names?
A: No.

Q: What is your date of birth?
A: 16 aug., 1976.

Q: Where were you born?
A: China.

Q: What is your country of citizenship?
A: China.

Q: What is your foreign address?
A: Xialing, Yuanchang, Lanxi, Zhejiang, China.

Q: Where was your father born, and what is his country of citizenship?
A: Born in China and is a Chinese citizen.

Q: What is your father's name?
A: .Ling, Qingle

Q: Where was your mother born, and what is her country of citizenship?
A: Born in China, Chinese citizens as well.

Q: What is your mother's name?
A: Fang, Caizhu

Q: Do you have any claim to United States citizenship?


LNG, HUI FANG

3

CHEN, Rui-Fan
A76 282 396



A: I don't want to return home. I've in Saipan since 1997. I want to seek political asylum. I don't want to return to Saipan. I don't want to return, there are no human rights in China, it will effect my family. I like to live in the United States. I want to become a U.S. citizen.

Q: Are you married?
A: No.

Q: Do you have any children?
A: No.

Q: What is the purpose of your trip to the United States (Guam)?
A: I like to work here and became an U.S. citizen.

Q. How did you come to Guam?
A. By Illegal entry. To Guam at a golf course. Went to a store and then the police came.

Q. By what means did you arrive on Guam?
A. On boat, a fast speed boat of 20 feet or more.

Q: Did you bring any passport or travel document?
A. No.

Q: When did you get to Saipan?
A: In 1997.

Q: How did you get to Saipan?
A: I flew to Hong Kong and then to Saipan.

Q: What travel document did you use to enter Saipan?
A: Passport. I lost it in Saipan last year.

Q: Where did you stay in Saipan?
A: I rented a place in a house.

Q: Did you have a job in Saipan?
A: In the past I did. I operated a sewing maching.

Q: Did you pay anybody any money to bring you and your son to Saipan?
A: Yes, I paid him almost five thousand dollars on Saipan. I don't know his name.

Q: Did you pay with U.S. dollars?
A: Yes.

Q. Were you to meet someone here on Guam?
A: He come to Guam on the same boat.

Q: What does this man look like.

A. Medium build, I called him master. He operated the boat. He had short black hair, was about 1.7 meters tall and was darker skinned.

3

CHEN, Rui-Fan
A76 282 396



Q. Did he stay on Guam or depart with the boat?
A. I believe he still on Guam.

Q: Which direction did he go?
A: When we landed on Guam I did not see him any longer.

Q: Where was your final destination in the United States?
A: For now I stay on Guam.

Q. How many people were on the boat and how many got off?
A. There were eleven people including the operator, no relatives. I know two of the other six females onboard.

Q: Why did you leave your home country or country of last residence?
A: I like America so I came to work here, at that time I was young about 21.

Q: Do you have any fear or concern about being returned to your home country or being removed from the United States?
A: Yes. I fear and am concerned about China, over there is strict birth control rules, if I go back I will be expected to marry. I knew a friend who was pregnant and was forced to have an abortion.

Q. Have you ever tried to obtain a U.S. visa?
A. No.



Q: Would you be harmed if you are returned to your home country or country of last residence?
A: I fear that I will be forced to get an abortion in China. I was out of work in Saipan so I don't want to go back there.

Q: Do you have any questions or is there anything else you would like to add?
A: Please allow me to stay here, I don't want to go back to China.



CHEN, Rui-Fan
A76 282 396

LING HUI FANG

I have read (or have had read to me) this statement, consisting of ~~seven~~ five pages (including this page). I state that my answers are true and correct to the best of my knowledge and that this statement is a full, true and correct record of my interrogation on the date indicated by the above-named officer of the Immigration and Naturalization Service. I have initialed each page of this statement (and the corrections noted on page(s) one through ___).

Signature: _LING HUI FANG_
LING HUI FANG

Sworn and subscribed to before me at Agana on 29 FEB., 2004.

Officer, United States Immigration and Naturalization Service
THOMAS T. MORGAN, II

Officer, United States Immigration and Naturalization Service
Witnessed by

5 LING HUI FANG

6

## MY STATEMENT

I, Ling Hui Fang, came to Saipan on February 18, 1997. On August 24, 2005, I risked my life to take a small boat to come to Guam. Before that I had been to Guam but was finally sent back to Saipan, but I did not give up, I still want to go for freedom. That's why I am here in Guam again.

February of 1995, that was the beginning of my first love. Unfortunately, by July I found that I myself was pregnant into 3 months. After discussing with my boyfriend, we tried to have the baby born secretly Without thinking that paper cannot cover fire my belly got bigger and bigger. And by October 6, my whereabouts was found out by the village director for women. Based on the reason that I was not up to the marriage age, I had to have a forced abortion, to have the six-month pregnancy aborted. They forcefully injected a liquid medicine into the fetus' head and make me bleed a lot. That's why I went into a coma for one day and one night. When I woke up my body was very weak. I stayed home and rested for six months. After that I swear that I must leave this terrible China to seek a place where they have human rights. Finally I spent a lot of money and on February 18, 1997, I came to Saipan.

Living in Saipan this year, I became aware that in January my residence registration was cancelled by the Chinese government due to the fact that my contract expired and I did not return. Therefore the labor exporting company notified the government to cancel my residence registration. And then I received the fine from Jin Hua foreign trade bureau. On April 8, the fine was 46,000 RMB and in 2002 I also received a similar fine, $26,000 RMB. And all this because of a violation of the contract. In particular, this year the foreign trade commission often called or directly contacted my family and gave my family a lot of mental torture, and often force my family to sign papers that they would pay my fine. Otherwise, your daughter sooner or later would be prosecuted and sent to jail. After that I realized that the matter was very severe.

In Saipan also something happened to me. A person by the name of Hossian of Bangladesh unreasonably accused me that I did something wrong to hurt this relationship with his girlfriend. The person wanted to retaliate me, even claimed to kill me. Often times kept calling me in the middle of the night and from what he was telling me, make me scared. I was not able to sleep at night. This make me feel that his person is out of his mind. I was so scared that I dared not even go out. This also forced me to leave this place of trouble.

These things make me a goat which has lost direction. And I further feel that to be sent back to China where I would be put to jail then I had no choice I was forced to risk my life and try to take the endeavor to seek a life of democracy and freedom. Therefore, here I am in Guam. I beg the judge who approved my asylum application let me stay in Guam.

Applicant: Ling Huifang<br>
09/09/2005

GOVERNMENT EXHIBIT 9