HuiLing.INS

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

AUG 1 4 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00081 |
| Plaintiff, | ) | **UNITED STATES' PROPOSED INSTRUCTION ON MATERIALITY** |
| vs. | ) | |
| HUI FANG LING, | ) | |
| Defendant. | ) | |

The Government hereby requests the Court to instruct the jury on the definition of "material" as set forth in the attached proposed jury instruction.

RESPECTFULLY SUBMITTED this 13th day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

INSTRUCTION NO. _____

<u>WHAT IS A MATERIAL STATEMENT</u>

A statement is material if it has the natural tendency to influence, or was capable of influencing, the decision of the decision-making body. The government need not prove that the perjured testimony actually influenced the decision-making body.

AUTHORITIES: <u>United States v. McKenna</u>, 327 F.3d 830 (9th Cir. 2003); <u>United States v. Chen</u>, 324 F.3d 1103 (9th Cir. 2003), *citing* <u>Kungys v. United States</u>, 483 U.S. 759 (1988).

- i -