# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-05-00081-001                     DATE: August 14, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley / Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 2:03:12 - 3:24:00 |
| | 3:37:25 - 4:06:17 |
| CSO: B. Benavente / J. Lizama / F. Tenorio | |

**APPEARANCES:**

Defendant: Hui Fang Ling                     Attorney: Howard Trapp
   Present   Custody   Bond   P.R.              Present   Retained   FPD   CJA

U.S. Attorney: Karon Johnson           U.S. Agent: Mike Hernandez, U.S. I.C.E.
U.S. Probation: None Present           U.S. Marshal: T. Muna / C. Griffith / R. Manglona
Interpreter: Chung Harrell              Language: Mandarin

**PROCEEDINGS: Jury Trial**
- Day no. 1 of trial.
- Voir dire begun.
- Voir dire held.
- Trial continued to: August 15, 2007 at 8:30 a.m.

NOTES: