**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
AMENDED MINUTES\*\*
TRIAL**

CASE NO.: CR-05-00081-001             DATE: August 15, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim R. Walmsley / Sara Weber    Court Reporter: Wanda Miles

Courtroom Deputy: Leilani Toves Hernandez Electronically Recorded: 8:39:36 - 9:53:36; 10:12:01 - 11:57:16
                                                                 1:11:17 - 1:33:06; 1:38:57 - 2:20:10
                                                                 3:05:48 - 3:21:30; 4:13:00 - 4:50:00

CSO: J. Lizama / B. Benavente / F. Tenorio

**APPEARANCES:**

| | | |
|---|---|---|
| Defendant: | Hui Fang Ling | Attorney: Howard Trapp |
| ☐ Present ☐ Custody ☐ Bond ☐ P.R. | | ☐ Present ☐ Retained ☐ FPD ☐ CJA |

U.S. Attorney: Karon Johnson         U.S. Agent: Mike Hernandez, U.S.I.C.E.
U.S. Probation: None Present          U.S. Marshal: G. Perez / T. Padua / T. Muna
Interpreter: Chung Harrell             Language: Mandarin

**PROCEEDINGS: Jury Trial**
- Day no. 2 of trial.
- Jury empaneled and sworn.
- Opening statement by the plaintiff.
- Witnesses sworn and examined - see attached Exhibit and Witness List.
- Exhibits marked and admitted - see attached Exhibit and Witness List.
- Trial continued to: August 16, 2007 at 8:15 a.m.
- Defense counsel raised the issue regarding testimony of witness Mei Ying Zheng and the advise of counsel.
- Court instructed the clerk to call in a CJA panel attorney to speak with the witness.
- Mr. Louie Yanza called to speak to the witness.
- Mr. Yanza advised the Court that his client is invoking her privilege against self-incrimination.
- Court and parties discuss the issue regarding witness testimony.\*\*
- Parties instructed to submit their briefs, if any, regarding the immunity instruction by tomorrow at 8:15 a.m.
- Court and parties discuss the proposed jury instructions.

NOTES:
\*\*Amended to edit text, no oral motion raised at hearing.

# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

United States of America

v.

Hui Fang Ling

**EXHIBIT AND WITNESS LIST**

Case Number: CR-05-00081-001

| PRESIDING JUDGE<br>FRANCES M. TYDINGCO-GATEWOOD | | | PLAINTIFF'S ATTORNEY<br>KARON JOHNSON | | DEFENDANT'S ATTORNEY<br>HOWARD TRAPP |
|---|---|---|---|---|---|
| HEARING DATE (S)<br>August 15, 2007 | | | COURT REPORTER<br>WANDA MILES | | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **MICHAEL HERNANDEZ, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 4 | | | 8/15/07 | | February 29, 2004, Record of Sworn Statement |
| | 5 | | | 8/15/07 | | Information About Credible Fear in Chinese, English |
| | 6 | | | 8/15/07 | | List of Free Legal Service Providers |
| | 7 | | | 8/15/07 | | Determination of Inadmissibility |
| | 8 | | | 8/15/07 | | September 9, 2005, Application for Asylum |
| | 1 | | | 8/15/07 | | Indictment in CR. No. 03-00041, District Court of Northern Mariana Islands |
| | 2 | | | 8/15/07 | | Indictment in CR. No. 04-0007, District Court of Northern Mariana Islands |
| | 3 | | 8/15/07 | 8/15/07 | 8/15/07 | Judgment of Conviction, CR. No. 04-00007, filed 8/11/2004 |
| | | | | | | 9:44:44 End DX |
| | | | | | | CX by Mr. Trapp |
| | | | | | | 9:50:03 - End CX |
| | | | | | | Re-DX by Ms. Johnson |
| | | | | | | 9:51:13 End Re-DX |
| | | | | | | Re-CX by Mr. Trapp |
| | | | | | | **9:53:36 RECESS** |
| | | | | | | **10:12:01 RESUME TRIAL** |
| | | | | | | *Ms. Johnson moved to admit Government exhibits 4, 5, 6, 7, 8. Mr. Trapp objected to admittance of exhibit 7.* |
| | | | | | | *Court admitted exhibits 4, 5, 6, and 8* |
| | | | | | | **ALLEN SC CHOI, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 8 | | | 8/15/07 | 8/15/07 | September 9, 2005, Application for Asylum |
| | 9 | | | 8/15/07 | | Translation of Affidavit by Allen Choi |
| | | | | | | 10:32:40 End DX |
| | | | | | | CX by Mr. Trapp |
| | 8 | | | 8/15/07 | 8/15/07 | September 9, 2005, Application for Asylum |
| | 9 | | | 8/15/07 | 8/15/07 | Translation of Affidavit by Allen Choi |
| | | | | | | 10:42:55 End CX |
| | | | | | | No further examination, witness excused |
| | | | | | | **THOMAS MORGAN, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 4 | | | 8/15/07 | 8/15/07 | February 29, 2004, Record of Sworn Statement |
| | 5 | | | 8/15/07 | 8/15/07 | Information About Credible Fear in Chinese, English |
| | 6 | | | 8/15/07 | 8/15/07 | List of Free Legal Service Providers |
| | 7 | | | 8/15/07 | 8/15/07 | Determination of Inadmissibility |
| | | | | | | 11:25:50 End DX |
| | | | | | | CX by Mr. Trapp |

| PRESIDING JUDGE FRANCES M. TYDINGCO-GATEWOOD | | | | | PLAINTIFF'S ATTORNEY KARON JOHNSON | DEFENDANT'S ATTORNEY HOWARD TRAPP |
|---|---|---|---|---|---|---|
| HEARING DATE(S) August 15, 2007 | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 4 | | | 8/15/07 | 8/15/07 | February 29, 2004, Record of Sworn Statement |
| | | | | | | 11:32:35 End CX |
| | | | | | | No further examination, witness excused |
| | | | | | | **WILLIAM PATRICK LUJAN, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 8 | | | 8/15/07 | 8/15/07 | September 9, 2005, Application for Asylum |
| | | | | | | 11:57:16 LUNCH |
| | | | | | | 1:11:17 RESUME TRIAL |
| | 4 | | | 8/15/07 | 8/15/07 | February 29, 2004, Record of Sworn Statement |
| | | | | | | 1:31:55 End DX |
| | | | | | | No further examination, witness excused |
| | | | | | | 1:33:06 RECESS |
| | | | | | | 1:38:57 RESUME TRIAL |
| | | | | | | LILIAN HILDRETH, interpreter for witness sworn |
| | | | | | | MEI YING ZHENG, called and sworn |
| | | | | | | DX by Ms. Johnson |
| | | | | | | 2:20:10 RECESS |
| | | | | | | Louie Yanza called in as court appointed counsel for the witness Mei Ying Zheng. Court and parties discuss the issue regarding immunity. |
| | | | | | | 4:13:00 RESUME TRIAL |
| | | | | | | 4:50:00 END DAY 2 |

Page -2-