# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-05-00081-001          DATE: August 16, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley / Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 8:35:27 - 9:24:24 |
| | 9:48:20 - 10:24:25 |
| | 10:51:23 - 12:12:40 |
| | 12:25:41 - 12:54:00 |

CSO: B. Benavente / J. McDonald

---

**APPEARANCES:**

Defendant: Hui Fang Ling          Attorney: Howard Trapp

     Present    Custody    Bond    P.R.          Present    Retained    FPD    CJA

U.S. Attorney: Karon Johnson       U.S. Agent: Mike Hernandez, U.S.I.C.E.
U.S. Probation: None Present       U.S. Marshal: G. Perez / R. Manglona / T. Muna
Interpreter: Chung Harrell           Language: Mandarin

---

**PROCEEDINGS: Jury Trial**

- Day no. 3 of trial.
- Court and parties continue discussions regarding jury instructions.
- Government and Defense rested their case.
- Defense's oral Motion for Judgment of Acquittal for Counts II and III was denied.
- Closing Argument by the Government and Defense.
- Witnesses sworn and examined - see attached Exhibit and Witness List.
- Jury charged by Court. Alternate jurors excused.
- Jury commence deliberation.
- Deliberation continued to: August 17, 2007 at 8:30 a.m.


NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF __GUAM__

United States of America

V.

Hui Fang Ling

**EXHIBIT AND WITNESS LIST**

Case Number: CR-05-00081-001

| PRESIDING JUDGE<br>FRANCES M. TYDINGCO-GATEWOOD | | | PLAINTIFF'S ATTORNEY<br>KARON JOHNSON | | | DEFENDANT'S ATTORNEY<br>HOWARD TRAPP |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>August 15-16, 2007 | | | COURT REPORTER<br>WANDA MILES | | | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **MICHAEL HERNANDEZ, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 4 | | | 8/15/07 | | February 29, 2004, Record of Sworn Statement |
| | 5 | | | 8/15/07 | | Information About Credible Fear in Chinese, English |
| | 6 | | | 8/15/07 | | List of Free Legal Service Providers |
| | 7 | | | 8/15/07 | | Determination of Inadmissibility |
| | 8 | | | 8/15/07 | | September 9, 2005, Application for Asylum |
| | 1 | | | 8/15/07 | | Indictment in CR. No. 03-00041, District Court of Northern Mariana Islands |
| | 2 | | | 8/15/07 | | Indictment in CR. No. 04-0007, District Court of Northern Mariana Islands |
| | 3 | | 8/15/0 | 8/15/07 | 8/15/07 | Judgment of Conviction, CR. No. 04-00007, filed 8/11/2004 |
| | | | | | | 9:44:44 End DX |
| | | | | | | CX by Mr. Trapp |
| | | | | | | 9:50:03 - End CX |
| | | | | | | Re-DX by Ms. Johnson |
| | | | | | | 9:51:13 End Re-DX |
| | | | | | | Re-CX by Mr. Trapp |
| | | | | | | 9:53:36 RECESS |
| | | | | | | 10:12:01 RESUME TRIAL |
| | | | | | | *Ms. Johnson moved to admit Government exhibits 4, 5, 6, 7, 8. Mr. Trapp objected to* |
| | | | | | | *Court admitted exhibits 4, 5, 6, and 8* |
| | | | | | | **ALLEN SC CHOI, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 8 | | | 8/15/07 | 8/15/07 | September 9, 2005, Application for Asylum |
| | 9 | | | 8/15/07 | | Translation of Affidavit by Allen Choi |
| | | | | | | 10:32:40 End DX |
| | | | | | | CX by Mr. Trapp |
| | 8 | | | 8/15/07 | 8/15/07 | September 9, 2005, Application for Asylum |
| | 9 | | | 8/15/07 | 8/15/07 | Translation of Affidavit by Allen Choi |
| | | | | | | 10:42:55 End CX |
| | | | | | | No further examination, witness excused |
| | | | | | | **THOMAS MORGAN, called and sworn** |
| | | | | | | DX by Ms. Johnson |

Page -1-

| PRESIDING JUDGE FRANCES M. TYDINGCO-GATEWOOD | | | | | | PLAINTIFF'S ATTORNEY KARON JOHNSON | DEFENDANT'S ATTORNEY HOWARD TRAPP |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S) August 15-16, 2007 | | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|  | 4 |  |  | 8/15/07 | 8/15/07 | February 29, 2004, Record of Sworn Statement | |
|  | 5 |  |  | 8/15/07 | 8/15/07 | Information About Credible Fear in Chinese, English | |
|  | 6 |  |  | 8/15/07 | 8/15/07 | List of Free Legal Service Providers | |
|  | 7 |  |  | 8/15/07 | 8/15/07 | Determination of Inadmissibility | |
|  |  |  |  |  |  | 11:25:50  End DX | |
|  |  |  |  |  |  | CX by Mr. Trapp | |
|  | 4 |  |  | 8/15/07 | 8/15/07 | February 29, 2004, Record of Sworn Statement | |
|  |  |  |  |  |  | 11:32:35 End CX | |
|  |  |  |  |  |  | No further examination, witness excused | |
|  |  |  |  |  |  | **WILLIAM PATRICK LUJAN, called and sworn** | |
|  |  |  |  |  |  | DX by Ms. Johnson | |
|  | 8 |  |  | 8/15/07 | 8/15/07 | September 9, 2005, Application for Asylum | |
|  |  |  |  |  |  | 11:57:16 LUNCH | |
|  |  |  |  |  |  | 1:11:17   RESUME TRIAL | |
|  | 4 |  |  | 8/15/07 | 8/15/07 | February 29, 2004, Record of Sworn Statement | |
|  |  |  |  |  |  | 1:31:55 End DX | |
|  |  |  |  |  |  | No further examination, witness excused | |
|  |  |  |  |  |  | 1:33:06 RECESS | |
|  |  |  |  |  |  | 1:38 :57  RESUME TRIAL | |
|  |  |  |  |  |  | **LILIAN HILDRETH, interpreter for witness sworn** | |
|  |  |  |  |  |  | **MEI YING ZHENG, called and sworn** | |
|  |  |  |  |  |  | DX by Ms. Johnson | |
|  |  |  |  |  |  | 2:20:10 RECESS | |
|  |  |  |  |  |  | *Louie Yanza called in as court appointed counsel for the witness Mei Ying Zheng. Court and parties discuss the issue regarding immunity.* | |
|  |  |  |  |  |  | 4:13:00  RESUME TRIAL | |
|  |  |  |  |  |  | **4:50:00 END DAY 2** | |
|  |  |  |  |  |  | *8:35:27 BEGIN DAY 2* | |
|  |  |  |  |  |  | **CHENG-YI YU, interpreter for witness sworn** | |
|  |  |  |  |  |  | **MEI YING ZHENG, resumed the witness stand** | |
|  |  |  |  |  |  | DX by Ms. Johnson | |
|  |  |  |  |  |  | 10:03:37 End DX | |
|  |  |  |  |  |  | No further examination, witness excused | |
|  |  |  |  |  |  | 11:08:00 - 11:30:55    Closing Argument by Ms. Johnson | |
|  |  |  |  |  |  | 11:32 :54 - 12:02:36    Closing Argument by Mr. Trapp | |
|  |  |  |  |  |  | 12:03:00 - 12:12:30     Rebuttal by Ms. Johnson | |
|  |  |  |  |  |  | 12:12:40   RECESS | |
|  |  |  |  |  |  | 12:25 :41  RESUME TRIAL | |
|  |  |  |  |  |  | Final Jury Instructions | |
|  |  |  |  |  |  | **END DAY 3** | |