FILED
DISTRICT COURT OF GUAM

AUG 17 2007

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>HUI FANG LING,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00081-001<br><br>**JURY NOTE** |

WE, THE JURY: _have reached a verdict on Count I, Count II and Count III._

Foreperson Initials: _HM_  Time Received by Court: _12:13 pm_
Dated: _8/17/07_  Received By: _[signature]_

**COURT'S RESPONSE:** _____

Date: _____

———————————————————
Frances M. Tydingco-Gatewood, Chief Judge
District Court of Guam