# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-05-00081-001          DATE: August 17, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley / Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 1:24:20 - 1:37:42 |
| CSO: J. Lizama / B. Benavente | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Hui Fang Ling | Attorney: Howard Trapp |
|    Present   Custody   Bond   P.R. |    Present   Retained   FPD   CJA |
| U.S. Attorney: Rosetta San Nicolas for Karon Johnson | U.S. Agent: M. Hernandez, U.S.I.C.E. |
| U.S. Probation: Maria Cruz | U.S. Marshal: T. Muna / R. Okada |
| Interpreter: Chung Harrell | Language: Mandarin |

**PROCEEDINGS: Jury Trial**

- Day no. 4 of trial.
- Jury returns verdict at 12:13 p.m.
- Jury verdict: Counts I and II - Guilty; Count III - Not Guilty.
- Jury polled.
- Jury discharged.
- Sentencing set for: November 15, 2007 at 9:30 a.m.
- Draft Presentence Report due to the parties: 10/11/2007
- Response to Presentence Report: 11/1/2007
- Final Presentence Report due to the Court: 11/8/2007
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: