# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00081 |
| Plaintiff, | |
| vs. | **VERDICT FORM** |
| HUI FANG LING, | |
| Defendant. | |

YOUR ANSWER TO THE FOLLOWING QUESTIONS MUST BE UNANIMOUS.

### COUNT I- IMPROPER ENTRY BY ALIEN

We, the Jury, in the above-entitled cause unanimously find the defendant, HUI FANG LING, in violation of Title 8, United States Code, Section 1325(a)(1), Improper Entry by Alien:

_____ NOT GUILTY

✓ _____ GUILTY

### COUNT II- FALSE SWEARING IN IMMIGRATION MATTER

We, the Jury, in the above-entitled cause unanimously find the defendant, HUI FANG LING, with respect to the charge of False Swearing in Immigration Matter in violation of Title 18, United States Code, Section 1546:

_____ NOT GUILTY

✓ _____ GUILTY

COUNT III- FALSE SWEARING IN IMMIGRATION MATTER

We, the Jury, in the above-entitled cause unanimously find the defendant, HUI FANG LING, with respect to the charge of False Swearing in Immigration Matter in violation of Title 18, United States Code, Section 1546:

\_\_\_\_\_✓\_\_\_\_\_ NOT GUILTY

_____ GUILTY

Dated: August 17, 2007.



FOREPERSON