(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

FILED
DISTRICT COURT OF GUAM

AUG 2 4 2007

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No 05-00081 |
| | ) | |
| Plaintiff, | ( | MOTION FOR |
| | ) | A JUDGMENT |
| vs. | ( | OF ACQUITTAL |
| | ) | |
| HUI FANG LING, | ( | |
| | ) | |
| Defendant. | ( | |

------------

Defendant respectfully moves the Court to enter a judgment of acquittal of the offense charged in Count II of the Third Superseding Indictment on the ground that the evidence is insufficient to sustain a conviction thereof.

Dated, Hagåtña, Guam,

August 24, 2007.

HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(DOCUMENTS/MtnJgmtAcqt.HFLing)

ORIGINAL

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on August 24, 2007, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy thereof at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2007, at Hagåtña, Guam.

REINA Y. URBIEN