(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

**FILED**
DISTRICT COURT OF GUAM

AUG 2 4 2007 nbo

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No 05-00081 |
| | ) | |
| Plaintiff, | ( | MEMORANDUM IN |
| | ) | SUPPORT OF MOTION |
| vs. | ( | FOR A JUDGMENT |
| | ) | OF ACQUITTAL |
| HUI FANG LING, | ( | |
| | ) | |
| Defendant. | ( | |

------------

No rational trier of fact could have found proof that Ling acted knowingly, that is, with knowledge that the statement, that she had entered the United States on only two occasions, August 24, 2005 ("08/24/05") and February 2003 ("02/2003"), was false beyond a reasonable doubt.

"An act is done knowingly if the defendant . . . does not act through ignorance, mistake, or accident." (Closing Jury Instructions, Court's Instruction

No. 17 (filed Aug. 16, 2007).)

Immigration and Customs Enforcement Special Agent Michael Hernandez testified that it is *true* that Ling had entered the United States on only two occasions, that one of the occasions on which Ling had entered the United States *was* August 24, 2005, and that the other occasion on which Ling had entered the United States was February 200*4*. In other words, the only inaccuracy was a single digit, the "3" in February 2003 ("02/2003"). (Gov't Ex. 8, at 1.)

The statement which Ling subscribed contains another inaccuracy—of the very same kind. Ling was asked, "Provide the following information about your employment during the last five years." (Gov't Ex. 8, at 5.) Ling answered that she was "Unemployed" from "07/*05* to 02/97." (Gov't Ex. 8, at 5 (emphasis added).) The "05" in "07/05" is an obvious mistake. How is the "3" in February 2003 "02/2003" any different?

Ling was asked, "Have you . . . ever committed any crime and/or been arrested, charged, convicted and sentenced for any crimes against the United States?" (Gov't Ex. 8, at 9.) Ling had theretofore been convicted of the February

2

2004 entry (Gov't Ex. 3), and she answered, "Yes." (Gov't Ex. 8, at 9.) She also confessed to having entered the United States on August 24, 2005 "without Inspection." (Gov't Ex. 8, at 1.)

Allen Choi testified that the Chinese to English interpretation was poor.

Someone other than Ling typed the "3" in February 2003 ("02/2003").

(Gov't Ex. 8, at 11.)

Anyone can make a mistake. The grand jury charged an improper entry on "February 27, 2004." (Indictment 1 (filed Nov. 9, 2005.) In doing so, however, the grand jury itself acted through ignorance, mistake, or accident. (Superseding Indictment 1 (filed May 9, 2007).)

The motion to enter a judgment of acquittal of the offense charged in

-------------------

3

(MEMORANDUM IN SUPPORT OF MOTION FOR A JUDGMENT OF
ACQUITTAL)
Criminal Case No. 05-00081

Count II of the Third Superseding Indictment must be granted.

Dated, Hagåtña, Guam,

August 24, 2007.

Respectfully submitted,

HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
(DOCUMENTS/Memo/MtnJgmtAcqt.HFLing)      Attorney for Defendant

4

# DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on August 24, 2007, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy thereof at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2007, at Hagåtña, Guam.

REINA Y. URBIEN