(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 05-00081 |
| | ) | |
| Plaintiff, | ( | ORDER |
| | ) | |
| vs. | ( | |
| | ) | |
| HUI FANG LING, | ( | |
| | ) | |
| Defendant. | ( | |

------------

A hearing on the motion for a judgment of acquittal served and filed in this proceeding on August 24, 2007, is set October 17, 2007, at 9:30 A.M.

So Ordered.



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Aug 29, 2007