# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC Cr. Cs. No. 05-00081-001 |
|         Plaintiff, | ) | |
| vs. | ) | **REQUEST TO CONTINUE DRAFT DUE** |
| | ) | **DATE OF PRESENTENCE REPORT** |
| HUI FANG LING | ) | |
| | ) | |
|         Defendant. | ) | |
| | ) | |

      COMES NOW, the United States Probation Officer respectfully requests the Honorable Court for an Order to continue the due date for the Draft Presentence Report. At present, the report is due on October 11, 2007, however, Defense Counsel has a Motion of Acquittal before the Court that is scheduled to be heard on October 17, 2007. The probation officer requests that the Court continue the Draft Presentence Report to October 24, 2007. Attorney Howard Trapp has no objections to the continuance of the report but does object to the continuance of the Sentencing hearing. He respectfully waives his mandated response time to the report in light of his objections. The U.S. Attorney's Office has been informed of the request with no response.

      RESPECTFULLY submitted this <u>24th</u> day of September 2007.

                                      ROSSANNA VILLAGOMEZ-AGUON
                                      Acting Chief U.S. Probation Officer

                          By:  /s/ CARLEEN G. BORJA
                                            U.S. Probation Officer

Reviewed by:

/s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

cc:    Karon Johnson, AUSA
       Howard Trapp, Defense Counsel