ROSSANNA VILLAGOMEZ-AGUON
Acting Chief Probation Officer
CARLEEN G. BORJA
U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00081-001 |
| Plaintiff, ) | |
| vs. ) | |
| HUI FANG LING ) | **ORDER** |
| Defendant. ) | |

Upon request of the U.S. Probation Office, to which the parties have been notified, the Draft Presentence Report due date is hereby moved from October 11, 2007 to October 24, 2007 at noon. The presentence report shall be provided to the parties no later than October 24, 2007. The parties shall file their responses to the presentence report no later than October 31, 2007. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than November 7, 2007.

SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Sep 25, 2007**