# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

United States of America

**NOTICE**

V.

Hui Fang Ling     CASE NUMBER: CR-05-00081-001

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

Motion Judgment of Acquittal

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagåtña, GU 96910** | Wednesday, October 17, 2007 at 9:30 a.m. | Friday, October 19, 2007 at 10:30 a.m. |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**October 16, 2007**     /s/ Leilani R. Toves Hernandez
DATE     (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
         Howard Trapp, Esq.
         U.S. Probation Office
         U.S. Marshals Service