✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| United States of America | NOTICE |
|---|---|
| V. | |
| Hui Fang Ling | CASE NUMBER: CR-05-00081 |

TYPE OF CASE:

☐ **CIVIL**   X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

Motion for Judgment of Acquittal

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagåtña, GU 96910** | **Friday, October 19, 2007 at 10:30 a.m.** | **Monday, October 22, 2007 at 1:30 p.m.** |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| **October 18, 2007** | /s/ Leilani R. Toves Hernandez |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:   U.S. Attorney's Office
      Howard Trapp, Esq.
      U.S. Probation Office
      U.S. Marshals Service