✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

United States of America

## NOTICE

V.

Hui Fang Ling           CASE NUMBER:  CR-05-00081-001

TYPE OF CASE:
☐ **CIVIL**      X  **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**Motion for Judgment of Acquittal**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagåtña, GU 96910** | **Monday, October 22, 2007 at 1:30 p.m.** | **Tuesday, October 30, 2007 at 9:30 a.m.** |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**October 19, 2007**                    /s/ Leilani R. Toves Hernandez
DATE                                    (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Howard Trapp, Esq.
      U.S. Probation Office
      U.S. Marshals Service