# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-05-00081-001          DATE: October 30, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 9:07:34 - 9:40:10 |
| CSO: B. Pereda | |

**APPEARANCES:**

Defendant: Hui Fang Ling      Attorney: Howard Trapp
    Present   Custody   Bond   P.R.       Present   Retained   FPD   CJA

U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: None Present      U.S. Marshal: D. Punzalan / G. Perez
Interpreter: Chung Harrell      Language: Mandarin

**PROCEEDINGS: Motion for Judgment of Acquittal**

- Motion taken under advisement.

NOTES: