LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV - 8 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00081 |
| Plaintiff-Appellant, ) | |
| v. ) | NOTICE OF APPEAL |
| HUI FANG LING, ) | |
| Defendant-Appellee. ) | |

Notice is hereby given that the United States of America, by and through undersigned counsel, Plaintiff-Appellant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit, from an Order re Motion for Judgment of Acquittal entered in this action on the 5th day of November, 2007.

Respectfully submitted this 7th day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Ling.NOA.Nov2007

ORIGINAL