| AO 435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | |
| Read Instructions on Back. | | | |

| 1. NAME<br>Johnson, Karon V., AUSA | 2. PHONE NUMBER<br>479-4146 | 3. DATE<br>November 7, 2007 | |
|---|---|---|---|
| 4. MAILING ADDRESS  U.S. Attorney's Office<br>Ste. 500 Sirena Plaza, Hagatna | 5. CITY<br>Hagatna | 6. STATE<br>Guam | 7. ZIP CODE<br>96910 |
| 8. CASE NUMBER<br>CR 05-00081 | 9. JUDICIAL OFFICIAL<br>Frances Tydingco-Gatewood<br>Chief Judge | DATES OF PROCEEDINGS | |
| | | 10. FROM 8/13/2007 | 11. TO 8/17/2007 |
| 12. CASE NAME<br>U.S. v. Hui Fang LING | | LOCATION OF PROCEEDINGS | |
| | 13. CITY Hagatna | | 14. STATE Guam |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness)<br>All trial witnesses | 8/13/07 to 8/17/07 |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [X] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [X] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [XX] OTHER (Specify)<br>Motion for Acquittal<br>Argument on motion | during trial<br>10/30/07 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | **FILED**<br>DISTRICT COURT OF GUAM |
| EXPEDITED | [X] | [ ] | NO. OF COPIES | | NOV - 8 2007 |
| DAILY | [ ] | [ ] | NO. OF COPIES | | JEANNE G. QUINATA<br>Clerk of Court |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE  /s/ Karon V. Johnson

19. DATE

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| ORDER RECEIVED  11/8/07 WM | |
| DEPOSIT PAID | DEPOSIT PAID |
| TRANSCRIPT ORDERED | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE |

(Previous editions of this form may still be used)  ORIGINAL - COURT COPY  YELLOW - TRANSCRIPTION COPY  GREEN - ORDER RECEIPT  PINK - ORDER COPY

Case 1:05-cr-00081  Document 87  Filed 11/08/2007  Page 1 of 1