# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov



FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

November 9, 2007

JEANNE G. QUINATA
Clerk of Court

**INTERLOCUTORY APPEAL**

OFFICE OF THE CLERK
U. S. Court of Appeals
  for the Ninth Circuit
95 Seventh Street
P. O. Box 193939
San Francisco, CA  94119-3939

RE:   **CRIMINAL CASE NO. 05-00081**
      **USA vs Hui Fang Ling**

In reference to the above-entitled cases, enclosed herewith please find the following:

(X)   Certified copy of Notice of Appeal, **filed November 8, 2007**

(X)   Certified copy of Order, **filed November 5, 2007 - EOD 11/05/2007**

(X)   Certified copy of Docket Sheet

(X)   Notice of Appeal Notification Form

(X)   Order for Time Schedule

(X)   Other - **Motion for a Judgment of Acquittal, filed 8/24/2007; Memorandum in Support of Motion for a Judgment of Acquittal, filed 8/24/2007**

Please acknowledge receipt on the enclosed copy of this letter. Thank you.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosure(s)

cc:   Howard Trapp          Karon Johnson