(ryu)

FILED
DISTRICT COURT OF GUAM
NOV 1 5 2007
JEANNE G. QUINATA
Clerk of Court

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 05-00081 |
| | ) | |
| Plaintiff, | ( | OBJECTIONS TO PRE- |
| | ) | SENTENCE REPORT |
| vs. | ( | |
| | ) | |
| HUI FANG LING, | ( | |
| | ) | |
| Defendant. | ( | |

------------

I

Paragraph 32 of the presentence report says that Defendant's "asylum application was denied in June 2007 and her status was reverted back to illegal alien."

Defendant objects thereto.

Defendant is informed and believes that the only action taken with

(OBJECTIONS TO PRESENTENCE REPORT)
Criminal Case No. 05-00081

respect to her asylum application—in June 2007—is that set forth in the notice of which a copy is hereto annexed.

II

Paragraph 33 of the presentence reports says, "At the pretrial interview in the instant case, the defendant indicated to the probation officer that she was not married and had no children."

Defendant objects thereto.

At the pretrial interview in the instant case, Defendant declined to be interviewed.

Dated, Hagåtña, Guam,

November 15, 2007.

Respectfully submitted,

*[signature]*
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(DOCUMENT\ObjPSR.HLing)

2

FROM:
US DEPT OF HOMELAND SECURITY
BUREAU OF CITZ & IMMIGRATION SVCS
ASYLUM OFFICE
P. O. BOX 65015
ANAHEIM, CA 92815-

HUIFANG LING
655 HARMON LOOP RD.
STE #107 PMB 165
DEDEDO, GU 96929

GUAM MAIN POST OFFICE 06/17/07 2027

02 TM
0004212051
MAILED FROM ZIP CODE 92802
$ 00.41°
JUN 13 2007

INFORMATION ENCLOSED

11-13-2007 17:44 PAGE1



**FROM:**
US DEPT OF HOMELAND SECURITY
BUREAU OF CITZ & IMMIGRATION SVCS
ASYLUM OFFICE
P.O. BOX 65015
ANAHEIM, CA 92815-5015

**TO:**
HUIFANG LING
585 HARMON LOOP RD.
STE #107 PMB 165
DEDEDO, GU 96929

NAME: HUIFANG LING
FILE NUMBER: A076 282 903

DATE OF NOTICE: 6/13/07
FORM: I-589

*** INTERVIEW CANCELLATION NOTICE ***

You were notified on 6/19/07 to appear for an asylum interview based on your I-589 application at the time and location shown below. Your request to reschedule that appointment has been received. You may not apply for work authorization until your case has been pending at least 180 days. Your request to cancel has resulted in a delay in your eligibility to apply for an additional period that has stopped your pending period at 000 days. Your period will resume when you appear for your rescheduled interview. When a notice informing you when and where to apply for your rescheduled interview you must appear for your rescheduled interview.

CANCELLED INTERVIEW DATE: 7/25/07
TIME: 10:30

AT:
BCIS ASYLUM OFFICE
108 HERNAN CORTEZ AV
SIRENA PLAZA, SUITE 100
HAGATNA, GU 96910

# DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on November 15, 2007, I served the document to which this declaration is annexed on Carleen G. Borja, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy thereof at 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 15, 2007, at Hagåtña, Guam.

_____
REINA Y. URBIEN

# DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on November 15, 2007, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November, 2007, at Hagåtña, Guam.

_____
REINA Y. URBIEN