**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-05-00081　　　　　　　　　　DATE: November 20, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　　Electronically Recorded: 1:42:45 - 1:54:48
CSO: D. Quinata

**APPEARANCES:**
Defendant: Hui Fang Ling　　　　　　　　Attorney: Howard Trapp
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　　　U.S. Marshal: S. Lujan / G. Perez
Interpreter: Julia Berg　　　　　　　　　Language: Mandarin

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>Time Served.</u>
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $10.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service to be turned over to Immigration and Customs Enforcement.

NOTES: