UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**07-10548**

**CASE INFORMATION:**
Short Case Title: **USA vs Ling**
Court of Appeals No. (leave blank if a unassigned)_____
U.S. District Court, Division & Judge Name: **District Court of Guam/Hon. Frances Tydingco-Gatewood**
Criminal and/or Civil Case No.: **CR-05-00081**
Date Complaint/Indictment/Petition Filed: **Third Superseding Indictment filed 7/25/2007**
Date Appealed order/judgment *entered*: **Order filed 11/5/2007 - EOD 11/5/2007**
Date NOA *filed*: **Notice of Appeal filed 11/8/2007**
Date(s) of Third Superseding Indictment **7/25/2007** Plea Hearing_____ Sentencing **11/20/2007**

COA Status (check one):  ☐ granted in full (attach order)        ☐ denied in full (sen...)
                         ☐ granted in part (attach order)       ☐ pending

**FILED**
**DISTRICT COURT OF GUAM**
**NOV 28 2007**
**JEANNE G. QUINATA**
**Clerk of Court**

Court Reporter(s) Name & Phone Number: **Wanda M. Miles/(671) 472-6855**

*Magistrate Judge's Order? If so, please attach.*

| **FEE INFORMATION** | |
|---|---|
| Date Docket Fee Paid: **N/A** | Date Docket Fee Billed:_____ |
| Date FP granted:_____ | Date FP denied:_____ |
| Is FP pending? ☐ yes ☐ no | Was FP limited ☐? Revoked ☐? |
| US Government Appeal? **X** yes ☐ no | |
| Companion Cases? Please list:_____ | |

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Karon V. Johnson | Howard Trapp |
| Assistant U.S. Attorney | Howard Trapp Incorporated |
| Sirena Plaza, Suite 500 | 200 Saylor Building |
| 108 Hernan Cortez Avenue | 139 Chalan Santo Papa |
| Hagatna, Guam 96910 | Hagatna, Guam 96910 |
| karon_johnson@usdoj.gov | howardtrappinc@hotmail.com |

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  **X** Other_____  *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID_____                Address:
Custody_____
Bail_____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid_____            9th Circuit Docket Number_____

Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671) 473-9138**
marilyn@gud.uscourts.gov

---

USDC, Agana
USDC - UNITED STATES DISTRICT COURT OF GUAM (HAGATNA)
U.S. Courthouse
4th Floor
520 W. Soledad Ave.
Hagatna, GU 96910

---

lin
07-10548