# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>**HUI FANG LING,**<br><br>　　　　　Defendant. | CRIMINAL CASE NO. **05-00081-001**<br><br>**APPOINTMENT ORDER** |

On August 15, 2007, defense counsel raised the issue of whether the testimony of witness Mei Ying Zheng violated her 5th Amendment Rights against self-incrimination. The court subsequently instructed the clerk to call a CJA panel attorney to speak with the witness. Attorney Louie J. Yanza was called and appeared before the court on behalf of witness Mei Ying Zheng.

Therefore, in light of the events stated above, the Court hereby appoints **LOUIE J. YANZA** to represent witness Mei Ying Zheng *nunc pro tunc* to August 15, 2007.

So Ordered.

/s/ Frances M. Tydingco-Gatewood
　　Chief Judge
**Dated: Jan 25, 2008**