**FILED**

UNITED STATES COURT OF APPEALS

JUN 04 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U S COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 07-10548 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CR-05-00081-FMT |
| v. | District of Guam, Agana |
| HUI FANG LING, | ORDER |
| Defendant - Appellee. | |

**FILED**
DISTRICT COURT OF GUAM
JUN 0 5 2008
JEANNE G. QUINATA
Clerk of Court

Appellee's motion to hear oral argument by video conference is GRANTED. To allow for the video conference, oral argument in this case presently set for Friday, June 20, 2008, is now reset for Thursday, June 19, 2008, at 11:30 a.m. The video conference will be initiated in the District Court of Guam, 520 West Soledad Avenue, Hagatna, Guam, 96910.

FOR THE COURT:

MOLLY DWYER
CLERK OF COURT

By: Wendy Li
Deputy Clerk

**RECEIVED**
JUN 0 5 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM